# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| DARTANYON J. WHITWORTH, on behalf of himself and all similarly situated class members,<br><br>                Plaintiff,<br>v.<br><br>JACKSON COUNTY,<br><br>                Defendant. | Case No. 20-0661-CV-FJG |

\_\_\_ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.**  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

the Court hereby GRANTS plaintiff's Motion to Remand (Doc. # 13), and DENIES AS MOOT plaintiff's Motion to Certify Class (Doc. # 7), defendant's Motion to Dismiss (Doc. # 9), Motion to Stay (Doc. # 11) and plaintiff's Motion for an Extension of Time to Respond to defendant's Motion to Dismiss (Doc. # 15).

| | |
|---|---|
| December 8, 2020<br>Date | Paige Wymore-Wynn<br>Clerk of Court<br><br>/s/ Tracy L. Diefenbach<br>(by) Deputy Clerk |